# United States Bankruptcy Court
## Northern District Of Ohio
## MARY ANN WHIPPLE
### Notice of Filing Deficiency

**To:** Pamela Theodotou  **Debtor:** CHRISTINA MARIE ATKINS

**Case Number:** 10–34172–maw  **Regarding Document Number:** 1

**The following deficiency must be corrected within day(s) from the date of this notice.**

- ☐ Form 21 required to add or correct social security number. Certificate of Service of "paper" notice to all creditors required. See ECF Newsletter, Volume 2 Number 1.
- ☐ Filing fee required. See comments below.
- ☐ Certificate of service indicating name and address of parties served and date of service missing.
- ☐ Attachments/exhibits missing or incorrectly filed.
- ☐ Petition and/or schedules incomplete. See comments below.
- ☐ Creditors not uploaded.
- ☐ No order submitted. Orders are required at the time that a motion/application/objection is filed.
- ☐ Order submitted is not in proper format (a word processing format). Resubmit order to judge's mailbox.
- ☐ Amended plan with complete certificate of service not filed.
- ☐ Notice of continued 341 meeting and certificate of service not filed.
- ☐ Notice of continued confirmation hearing and certificate of service not filed.
- ☐ Proof of insurance not submitted to trustee.
- ☐ Copies of tax returns not submitted to trustee.
- ☐ No Means Testing Form
- ☑ Other: see comments below.

**Comments/Instructions:**
County missing from petition. You must amend to include that information. File only the first three pages of the petition by going to "Bankruptcy", "Other", "Amended Voluntary Petition". Link to docket entry #1.

**Inquiries regarding this form should be directed to:** Michelle M. Kneisel
at (419) 213–5600, ext.
**Dated:** June 17, 2010
Form ohnb142