Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43604

**Case No. 10–34172–maw**

**In re:**
    Christina Marie Atkins
    612 Bryan St
    Bryan, OH 43506

**Social Security No.:**
    xxx–xx–4375

**NOTICE OF HEARING ON MOTION TO DISMISS CHAPTER 7 CASE**

Christina Marie Atkins, Debtor filed papers with the Court to dismiss this Chapter 7 case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before August 2, 2010 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43604

**You must also mail a copy to the above named debtor(s) and:**

**Trustee**
Ericka S Parker
33 S. Michigan
Suite 203
Toledo, OH 43604

| **Debtor's Attorney** | **Movant's Attorney** |
|---|---|
| Pamela I. Theodotou | N/A |
| Theodotou & Associates | |
| 4449 Easton Way 2nd Floor | |
| Columbus, OH 37934 | |

**And attend the hearing scheduled to be held on:**
Tuesday, August 10, 2010 at 10:00 AM
1716 Spielbusch Ave, Courtroom #2 RM 103
Toledo, OH 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** July 13, 2010            For the Court
Form ohnb244            Kenneth J. Hirz, Clerk