# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In Re:  ATKINS, CHRISTINA MARIE

Case No.  10-34172

Debtor(s)

Judge Mary Ann Whipple

**MOTION TO EXTEND TIME
TO FILE OBJECTIONS**

Now comes Ericka S. Parker, Trustee and represents that the 341 meeting of creditors is continued to 08/19/10.  Because there will be insufficient time for the Trustee to make decisions concerning exemptions, referrals pursuant to 11 U.S.C. 707(b) and/or objections to discharge, the Trustee requests the Court extend the time for such filings to sixty (60) days from the date the 341 meeting is **concluded**.

WHEREFORE, your Trustee respectfully prays this Court extend the time to sixty (60) days from the date the 11 U.S.C. 341 creditors meeting is **concluded** to file objections to exemptions, complaints to deny discharge and other appropriate pleadings.

Respectfully submitted,

**/s/Ericka S. Parker**
Ericka S. Parker (0068217)
33 S. Michigan St., #203
Toledo, OH 43604
419-243-0900
FAX (419) 243-0955

## CERTIFICATE OF SERVICE
## AND NOTICE PURSUANT TO LOCAL RULE 9013-1(a)

Please take note that the Respondent has fourteen days from service of this motion to file and serve a response or a request for a hearing, and that if a response or request is not timely filed with the court and served on the Movant c/o Ericka S. Parker, Law Offices of Ericka S. Parker LLC, 33 S. Michigan St., #203, Toledo, OH 43604, the Court may grant the relief requested without hearing.

I hereby certify that a copy of the foregoing was sent to the individuals listed below by ordinary U.S. Mail, postage prepaid, or by electronic transmission to those persons capable of being served by ECF, on this Friday, August 06, 2010.

PAMELA I. THEODOTOU
Attorney for debtor(s)
pam.theodotou@gmail.com
*Served Electronically

Office of the US Trustee
*Served Electronically

**/s/Ericka S. Parker**
Ericka S. Parker