**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
Mary Ann Whipple
United States Bankruptcy Judge

**Dated: August 13 2010**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-34172-maw |
| | ) | |
| Christina Marie Atkins, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Mary Ann Whipple |
| | ) | |
| | ) | MOTION FOR CONTINUANCE OF |
| | ) | HEARING ON DEBTOR'S MOTION TO |
| | | DISMISS CASE. |

Debtor Christina Marie Atkins came for consideration on a Motion for continuance of hearing on debtors' motion to dismiss case set for August 10th 2010. The Court having considered said Motion grants Motion and sets the continued hearing for September 14, 2010 at 9:30 a.m.

It is so Ordered.

###

# CERTIFICATE OF NOTICE

```
District/off: 0647-3          User: mknei            Page 1 of 1              Date Rcvd: Aug 13, 2010
Case: 10-34172                Form ID: pdf723        Total Noticed: 9
```

The following entities were noticed by first class mail on Aug 15, 2010.
```
db              +Christina Marie Atkins,    612 Bryan St,    Bryan, OH 43506-1109
19687808        +CONTRACT CALLER,    1058 CLAUSSEN RD STE 110,    AUGUSTA, GA 30907-0301
19687809        +CREDIT ADJUSTMENT,    330 FLORANCE ST,    DEFIANCE, OH 43512-2593
19687810        +CREDIT PROTECTION,    13355 NOEL RD STE 2100,    DALLAS, TX 75240-6837
19687811        +DEBT RECOVERY,    900 MERCHANTS CONCOURSE 106,    WESTBURY, NY 11590-5114
19687813        +NATIONAL CREDIT,    327 W 4TH AVE,    HUTCHINSON, KS 67501-4842
19687814        +PENTAGROUP FINANCIAL,    5959 CORPORATE DR STE 1400,    HOUSTON, TX 77036-2311
19687815        +REGIONAL ACCERTANCE,    29550 RYAN RD STE B,    WARREN, MI 48092-2213
19687816        +UNITED COLLECT,    PO BOX 140190,    TOLEDO, OH 43614-0190
```
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19687812         Name,    Street address,    City,      Zip
```
                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2010**                    Signature:      *Joseph Speetjens*